SHARON SINTON v. JAN WERTZ, INC.

April 10, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. BRYANT BRITTINGHAM.

April 10, 1984.

Petition for certification denied.

ALECIA M. ZUPO v. CNA INSURANCE COMPANY.

April 10, 1984.

Petition for certification granted.

CARTERET SAVINGS AND LOAN ASSOCIATION v. HARTZ
MOUNTAIN PET FOODS, INC.

April 10, 1984.

Petition for certification denied.